## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TROY CLARK and TAMIRA SMYTH, ) | |
| ) | Case No. 07 C 1616 |
| Plaintiffs, ) | |
| ) | Judge Wood |
| v. ) | |
| ) | Magistrate Judge Schenkier |
| P.O. ALBERT D. POWE #18203, ) | |
| MIGUEL RESTO, MICHAEL ELLIS ) | |
| CHICAGO POLICE OFFICERS JOHN ) | |
| DOE 2-5, DETECTIVE RANDALL ) | |
| BACON, individually, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CLARK AND SMYTH'S SUPPLEMENT TO THEIR REVISED MOTION FOR JUDGMENT AGAINST DEFENDANTS RESTO AND ELLIS**

NOW COME the Plaintiffs, Troy Clark and Tamira Smyth, by and through one of their attorneys, Gregory Kulis, and to supplement their Motion hereby submit and state as follows:

1. On January 6, 2014, the Plaintiffs filed approximately 48 pages containing a motion and exhibits in support of their Motion for Default Judgment.

2. Attached is Exhibit A (Tamira Smyth's Statement to the Police).

3. Attached is Exhibit B (Troy Clark's Statement to the FBI).

4. Attached is Exhibit C (Troy Clark's medical records from Ingalls Memorial Hospital. He initially went in as Jeffrey Sams, because he feared for his safety.

5. Attached is Exhibit D (Troy Clark's medical records from Methodist Hospital for 5/2/08 and 8/4/08.

6. Attached is Exhibit E (Troy Clark's Intake Report from Edgewater Systems for 4/17/08.

WHEREFORE, Plaintiffs pray that this Court enter a judgment against Defendants Resto and Ellis, jointly and severally, in the amount as previously requested.

Respectfully submitted,

/s/ Gregory Kulis
Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates
30 N. LaSalle Street, Suite 2140
Chicago, IL 60602
(312) 580-18307